IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 95-40220

Summary Calendar

---

RICKEY HART, ET AL.,

Plaintiff,

WILLIAM ROBERT PARKER,

Plaintiff-Appellant,

versus

CHIEF BEDDINGFIELD, ET AL.,

Defendants-Appellees.

---

Appeal from the United States District Court
for the Eastern District of Texas
(6:93-CV-651)

---

(May 19, 1995)

Before GARWOOD, HIGGINBOTHAM, and DAVIS, Circuit Judges.

PER CURIAM:[*]

Parker abandoned his due process claim by failing to brief it on appeal. Because the change in the law of good time credits benefited Parker, and the state restored his good time credits, he has alleged no violation of the Ex Post Facto Clause. AFFIRMED.

---

[*]Local Rule 47.5 provides: "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession." Pursuant to that Rule, the Court has determined that this opinion should not be published.